IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA, *ex rel.*
TRICIA BLACKBURN

      Relator,

v.

      Case No. 2:12-CV-997
      JUDGE EDMUND A. SARGUS, JR.
      Magistrate Judge Elizabeth P. Deavers

OHIOHEALTH CORPORATION, et al.,

      Defendants.

## ORDER

This matter is before the Court on Plaintiff–Relator Tricia Blackburn's motion to dismiss her claims according to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Doc. 14. Based on information from the Department of Justice, Blackburn has determined not to proceed with her False Claims Act *qui tam* allegations. *Id.* at 1–2. The Government consents to the dismissal. Doc. 13; *see* 31 U.S.C. § 3739(b)(1) ("The action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting."). Based on the application of the Relator, and because the Government consents to the dismissal of this case, the Court **GRANTS** Blackburn's motion to dismiss without prejudice.

**IT IS SO ORDERED.**

12-20-2013
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE